UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CAROLINE LAYTON, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No.  4:16CV00454 AGF |
| ) | |
| ) | |
| FRONTLINE ASSET STRATEGIES, ) | |
| LLC, and MAIN STREET ) | |
| ACQUISITION CORP., ) | |
| ) | |
|     Defendants. ) | |

# ORDER

**IT IS HEREBY ORDERED** that the Court's Memorandum and Order (Doc. No. 24) filed on July 21, 2016, is **VACATED**, as it was inadvertently filed.

                                        */s/ Audrey G. Fleissig*
                                        AUDREY G. FLEISSIG
                                        UNITED STATES DISTRICT JUDGE

Dated this 22nd day of July, 2016.